GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

**NOV 1 6 2021**

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   vs.<br><br>David Guadalupe Galvez, Jr.,<br><br>              Defendant. | No.  CR-21-00957-PHX-DLR (MHB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 9, 2020, in the District of Arizona, Defendant DAVID GUADALUPE GALVEZ, JR., knowingly made false statements and representations to Yuma Coin and Gun Shop, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business, in that Defendant DAVID GUADALUPE GALVEZ, JR. executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Phoenix, Arizona, whereas in truth and fact,

Defendant DAVID GUADALUPE GALVEZ, JR., knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- Smith & Wesson M&P 9 SHIELD Pistol CAL:9 SN: NHH5913; and
- Smith & Wesson M&P 9 SHIELD Pistol CAL:9 SN: NHJ1163.

If any of the above-described forfeitable property, as a result of any act or omission of any defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  November 16, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/
COLEEN SCHOCH
Assistant U.S. Attorney